# ORDER

**VIRGINIA:**

In the Court of Appeals of Virginia on Tuesday, the 10th day of March, 1992.

Glen Wayne Miles, Appellant

against

Commonwealth of Virginia, Appellee

Before Chief Judge Koontz, Judges Baker, Barrow, Benton, Coleman, Duff, Moon, Willis, Elder and Bray.

COUNSEL

Roger L. Gregory (Wilder & Gregory, on brief), for appellant.

Eugene Murphy, Assistant Attorney General (Mary Sue Terry, Attorney General, on brief), for appellee.

## UPON REHEARING EN BANC

OPINION

In *Miles v. Commonwealth*, 13 Va. App. 64, 408 S.E.2d 602 (1991), a majority of a panel of the Court affirmed the judgment of the trial court. Miles' petition for rehearing *en banc* was granted and heard on January 21, 1992. For the reasons stated in the panel's majority opinion, the judgment of the trial court is affirmed. Accordingly, the stay of this Court's September 10, 1991 mandate is lifted and its directives are reinstated.

Benton, J., would reverse the judgment of the trial court for the reasons stated in the dissenting opinion of the original panel decision. *Id.* at 72, 408 S.E.2d at 607-09.

This order shall be published and certified to the trial court.